FILED
CHARLOTTE, NC

JUL 3 0 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br>All Funds in Wells Fargo Account No. *2315 | Case No. 3:15mj281<br><br>Order To Seal |

Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Application and accompanying Affidavit in the above captioned matter are hereby placed under seal.

This 30th day of July, 2015.

David C. Keesler
United States Magistrate Judge