# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) | CASE NO. 3:15-MJ-281-DCK |
| All funds held at Wells Fargo Account No. *2315. | ) ) ) | ORDER TO UNSEAL |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion To Unseal" (Document No. 4) filed September 9, 2019. Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the United States of America's "Motion To Unseal" (Document No. 4) is **GRANTED**, and the Seizure Warrant and the materials filed herein shall be **UNSEALED**.

**SO ORDERED**.

Signed: October 8, 2019

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.